AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

JAN 2 3 2019

David J. Bradley, Clerk

United States of America
v.
Jimena ESCOBAR-Silva
(YOB: 1968; Mexico)

Defendant(s)

Case No. M-19-0151-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 22, 2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC Section 841 | Knowingly and intentionally possess with the intent to distribute approximately 42.18 kilograms of methamphetamine, a Schedule II controlled substance in violation of 21 United States Code Section 841. |

This criminal complaint is based on these facts:
SEE ATTACHMENT "A"

☑ Continued on the attached sheet.

approved by
AUSA KJR

_____
Complainant's signature

Ryan McTaggart Special Agent HSI
Printed name and title

Sworn to before me and signed in my presence.

Date: January 23, 2019 8:28 am

_____
Judge's signature

City and state: McAllen, Texas

Peter E. Ormsby United States Magistrate Judge
Printed name and title

AFFIDAVIT

On January 22, 2019, Jimena ESCOBAR-Silva (hereafter referred to as ESCOBAR-Silva), the driver, and sole occupant, of a Honda Accord bearing Mexico license plates presented herself for admission at the Hidalgo, Texas, Port of Entry.

ESCOBAR-Silva was referred for secondary inspection and, during secondary inspection, approximately forty-two (42.18) kilograms of methamphetamine was discovered concealed inside the tires of the vehicle.

All four tires of the vehicle contained methamphetamine and the methamphetamine was concealed by metal attached to the rims of the vehicle.

In a post Miranda warning statement ESCOBAR-Silva stated ESCOBAR-Silva knew ESCOBAR-Silva was attempting to drive a vehicle which contained a controlled substance across the United States / Mexico International Boundary. ESCOBAR-Silva stated ESCOBAR-Silva had previously smuggled narcotics on one (1) occasion.